UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CONNIE HONEY,**

    **Plaintiff,**

                                            Case Number _____

**v.**

**DALLAS 1 CORPORATION,**

    **Defendant.**

_____/

**Complaint & Jury Demand**

    1.    The Plaintiff, Connie Honey, sues Defendant, Dallas 1 Corporation, pursuant to the Equal Pay Act for paying men more than women.

    2.    The Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

    3.    Plaintiff worked for Defendant in Hillsborough County, Florida.

    4.    Venue is appropriate in the Tampa District because Plaintiff worked for Defendant in Hillsborough County, Florida.

    5.    Defendant employs over 100 employees.

6. Defendant has annual revenues in excess of $1,000,000.00.

7. Plaintiff worked for Defendant for seventeen (17) years.

8. The employment relationship between Plaintiff and Defendant ended in March 2019.

9. Within the last three years Plaintiff worked for Defendant, as an employee, in management.

10. Plaintiff was the head accountant for Defendant.

11. The EPA proscribes discrimination "between employees on the basis of sex by paying wages to employees in such establishment at a rate less than the rate at which [the employer] pays wages to employees of the opposite sex in such establishment for equal work on jobs the performance of which requires equal skill, effort, and responsibility, and which are performed under similar working conditions." 29 U.S.C. § 206(d)(1).

12. Defendant employs employees that handle goods or materials that have moved in interstate commerce such as computers, paper, pen, phones and vehicles.

13. Defendant is engaged in the business of construction.

14. Defendant is an enterprise as defined by 29 U.S.C. § 203(r).

15. Defendant is an enterprise engaged in commerce as defined by 29 U.S.C. § 203(s).

16. Defendant pays males more than females.

17. Defendant provides vehicles to all males in management.

18. Defendant did not provide vehicles to females in management.

19. Defendant had a pattern and practice of paying women less than men.

20. For example, Defendant paid a male HR manager more monies than the female HR manager that replaced the similarly situated male.

21. Plaintiff's duties were that of a Chief Financial Officer. Nevertheless, she was paid significantly less than similarly situated males in management.

22. On April 19, 2019, Plaintiff, through counsel, provided Defendant's attorney specific allegations about EPA violations and invited Defendant to engage in discussions.

23. Defendant never responded substantively to the April 19, 2019 letter.

24. Defendant has never disputed that it provided higher pay to men.

25. Defendant has not produced any evidence to suggest that it did not violate the EPA.

26. Defendant willfully violated the EPA or acted in reckless disregard of the Act.

Wherefore, Plaintiff demands trial by jury, judgment, back pay, liquidated damages, attorneys' fees, costs and any other relief available under the EPA.

Respectfully submitted this 31st day of July 2019,

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri
Florida Bar Number 643971
Mazaheri & Mazaheri
325 Shelby Street
Frankfort, Kentucky 40601
Tel – (863) 838-3838
Email – bernie@thelaborfirm.com

*Counsel for Plaintiff*